AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Ashley Kawczynski<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 2:22-mj-00087 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 5, 2022__ in the county of __Wood__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On July 5, 2022, at 23 Rosemar Terrace, Apartment 119, in Parkersburg, West Virginia, within the Southern District of West Virginia, defendant Ashley Kawczynski possessed approximately 328 grams of a substance that field tested positive for methamphetamine and appears based on my training and experience to be methamphetamine, a schedule II controlled substance. Based on my training and experience, 328 grams is consistent with an intent to distribute.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Aaron M. Lee, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 07/06/2022

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*